IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
                                    )
ALLFREIGHT WORLDWIDE CARGO,         )
INCORPORATED,                       )
                                    )
         Plaintiff,                 )
                                    )
v.                                  )  Civil Action No.  06-165
                                    )
ETHIOPIAN AIRLINES ENTERPRISE,      )
                                    )
         Defendant.                 )
_____)
```

**ORDER**

This matter comes before the Court on Defendant's Motion to Dismiss.  The Court finds that Plaintiff's Amended Complaint states a claim upon which relief may be granted and that this Court has proper subject matter jurisdiction.  Thus, it is hereby

ORDERED that Defendant's motion is DENIED.

                                        /s/
                                _____
                                CLAUDE M. HILTON
                                UNITED STATES DISTRICT JUDGE


Alexandria, Virginia
April 27, 2006